**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER LOWERY,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER ELLIS, *et al.*,<br><br>Defendants. | Case No. 3:24-cv-000084-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff, Christopher Lowry, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jamie S. Hendrickson, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 6th day of May 2025.

By: _____
Christopher Lowry
*Plaintiff, Pro Se*

DATED this 5th day of May 2025.
AARON D. FORD
Attorney General

By: /s/ *Jamie S. Hendrickson*
Jamie S. Hendrickson (Bar No. 12770)
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: June 26, 2025